IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21CR418-1 |
| | ) | |
| RASHAWN ERIC MCEACHERN | ) | |

**FILED**
in the Middle District of North Carolina
**December 29, 2021**
**4:44 pm**
Clerk, US District Court
By: ____dmk____

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant in this action. The Court has reviewed Defendant's Financial Affidavit and concludes that Defendant is entitled to appointment of counsel at the Government's expense.

**IT IS THEREFORE ORDERED** that CJA Panel Attorney Helen Parsonage is appointed to represent Defendant in this action.

This, the 29th day of December, 2021.

United States Magistrate Judge