# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:21CR418-1 |
| | ) | |
| RASHAWN ERIC MCEACHERN | ) | |
| *Defendant* | ) | |

FILED
in the Middle District of North Carolina
**December 29, 2021**
**4:45 pm**
Clerk, US District Court
By: dmk

## ORDER SCHEDULING A DETENTION HEARING AND ARRAIGNMENT

A detention hearing and arraignment in this case are scheduled as follows:

| Place: | John Hervey Wheeler United States Courthouse<br>323 East Chapel Hill Street<br>Durham, NC 27702 | Courtroom No.: Second Floor |
|---|---|---|
| | | Date and Time: 1/5/22 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 12/29/2021

*Judge's signature*

Joi Elizabeth Peake, United States Magistrate Judge
*Printed name and title*