# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>**RASHAWN ERIC MCEACHERN**<br><br>*Defendant* | )<br>)<br>) Case No. 1:21CR418-1<br>)<br>)<br>)<br>) |

**FILED DEC 3 0 2021** — In This Office, Clerk U.S. District Court, Greensboro, N.C.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **RASHAWN ERIC MCEACHERN**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Receive child pornography in violation of 18:2252A(a)(2)(A) and (b)(1)
Possess child pornography involving minor under age of 12 in violation of 18:2252A(a)(5)(B) and (b)(2)

***The United States Attorney requests a detention hearing***

Date: 12/14/2021

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Jamie L. Sheets, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on (date) 12/29/2021, and the person was arrested on (date) 12/27/21
at (city and state) MEBANE, NC

Date: 12/29/21

RECEIVED DEC 14 2021 U.S. Marshals Service, M/NC

Arresting officer's signature

Charles N. Cook II / SA / HSI
*Printed name and title*



Case 1:21-cr-00418-UA   Document 3   Filed 12/14/21   Page 1 of 2