**FILED**
in the Middle District of North Carolina
**January 5, 2022**
**10:21 am**
Clerk, US District Court
By: _____ kg _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:21-CR-418
)
RASHAWN E MCEACHERN )

## WAIVER OF DETENTION HEARING

I, the undersigned, having been informed by counsel of the nature of the charge now pending against me, and having been advised of the nature of a detention hearing and my right to one before a United States Magistrate Judge, after considering the probable evidence and the likely result of such hearing, do hereby waive my right to the detention hearing and agree to be held without bond.

_____          _____
Attorney for the Defendant          Signature of Defendant

Date: 1/5/2022