FILED
in the Middle District of North Carolina
**January 5, 2022**
**10:21 am**
Clerk, US District Court
By: \_\_\_\_kg\_\_\_\_

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>RASHAWN ERIC MCEACHERN )<br>) | Case No. 1:21CR418-1 |

## ORDER

The court hereby accepts Defendant's waiver of detention hearing and enters the following order:

**IT IS HEREBY ORDERED** that the Government's oral motion for detention is **GRANTED** and the Defendant is detained without privilege of bond.

_____
Joe L. Webster
United States Magistrate Judge

Date: January 5, 2022