IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| RASHAWN ERIC MCEACHERN ) | 1:21-CR-418 |

ORDER ON MOTION TO CONTINUE TRIAL

This matter coming before the court on Defendant's Motion to Continue Trial, and for good cause shown, it is hereby ORDERED that Defendant's trial is continued to the March term. Further, that the time from February 14, until March 14, 2022, is excluded from Speedy Trial calculations.

This the ___ day of _____, 2022.

_____

United States District Court Judge

1