IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v | ) | 1:21CR418-1 |
| | ) | |
| RASHAWN ERIC MCEACHERN | ) | |

**ORDER**

This matter is before the Court on the Defendant's Motion to Continue Trial. (ECF No. 12.) The Government has been consulted and consents to the requested relief.

Based on the representations to the Court and for good cause shown, the Court concludes that the failure to grant Mr. McEachern's motion to continue would likely result in a miscarriage of justice by denying counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, the ends of justice served by granting the continuance of this matter outweigh the best interests of the public and Mr. McEachern in a speedy trial.

IT IS THEREFORE ORDERED that the motion is GRANTED, and this matter is continued to the March 2022 Criminal Term of Court. Counsel shall comply with the deadlines in the Scheduling Order that govern disposition of the March 2022 Criminal Term of Court.

IT IS FURTHER ORDERED that the period from January 27, 2022, up to and including March 7, 2022, is hereby excluded from the provisions of 18 U.S.C. § 3161, *et seq.*, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

This, the 28th day of January 2022.

/s/ Loretta C. Biggs
United States District Judge