IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR418-1 |
| | : | |
| RASHAWN ERIC MCEACHERN | : | |

## JOINT STATUS REPORT

Pursuant to the applicable Scheduling Order, counsel for the defendant and counsel for the United States inform the Court as follows:

☐ A plea agreement has been signed and filed.

☐ The parties have agreed on a plea agreement and a written plea agreement will be filed no later than

☐ The defendant intends to plead guilty without a written plea agreement.

*If any of the above three boxes is checked, check at least one box below:*

☐ the defendant consents to a video conference Rule 11 hearing.

☐ the defendant consents to a teleconference Rule 11 hearing.

☐ the defendant is or will be ready to proceed with a Rule 11 hearing as soon as an in-person hearing can be scheduled.

☒ The matter is not ready for Rule 11 hearing or trial because:

☐ there is a pending motion which must be resolved.

The motion ☐ does ☐ does not require a hearing at which the defendant must be present.

☐ There are outstanding discovery issues which must be resolved.

☒ The defendant's motion to continue was granted and the matter is now on the March 2022 trial calendar. *See* Dkt. 13.

☒ The parties have discussed the requirements of the Speedy Trial Act and

☐ The United States [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

☒ There are no Speedy Trial Act issues unless the expected Rule 11 cannot be completed before April 24, 2022.

☐ Other information relevant to scheduling:

This the 1st day of February, 2022.


SANDRA J. HAIRSTON
United States Attorney

_____   _____

/S/ K.P. KENNEDY GATES           /S/ HELEN L. PARSONAGE
NCSB # 41259                     Attorney for Defendant
Assistant United States Attorney
101 S. Edgeworth St., 4th Flr.
Greensboro, NC  27401
336/333-5351

2