IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| RASHAWN ERIC MCEACHERN ) | 1:21-CR-418 |

MOTION TO REVIEW DETENTION AND REQUEST FOR HEARING

COMES NOW the Defendant Rashawn Eric McEarchern, through undersigned counsel and pursuant to 18 U.S.C. 3145(b) and mores this Court to review the detention order entered by the Honorable Joe L. Webster, United States Magistrate Judge on January 5, 2022 (DE 11). Mr. McEachern asks the Court to grant bond and set appropriate conditions of release. In support of this motion, the Defendant shows the Court as follows:

1. Mr. McEachern was indicted on two counts. Specifically, he is accused of receipt and possession of child pornography.

2. Mr McEachern appeared for his detention hearing on January 5, 2022, before the Honorable Joe L. Webster, United States

1

Magistrate Judge. At the that time, Mr. McEachern waived the detention hearing.

3. Subsequently, Mr. McEachern has been able to identify a suitable custodian whose status and location address the concern identified in the Pretrial Services Report, namely that the suitable third-party custodian lived within 1000 feet of a school.

4. Mr. McEachern's mother, Saundra McEachern, has agreed to serve as a third-party custodian.

5. Ms. McEachern resides at 2372 Woodhurst Road, Henrico, VA 23238. (See attached drivers license). As may be seen from the attached map, this address is several miles from the nearest school.

6. Ms. McEachern was a Correctional Officer, most recently at Green Rock Correctional Center, for 14 years, until she retired in 2020 and is thus well qualified to understand the responsibilities of a custodian.

7. She is now employed as a CNA with LifeSpire of Virginia.

8. Counsel for Mr. McEachern has consulted with AUSA Gates Kennedy, and she has not agreed to release.

9. Counsel for Mr. McEachern has also consulted with the United States Probation Office, and has been informed that the substitute third-party custodian is suitable, but that they still recommend detention.

10. Mr. McEachern requests a hearing on this Motion and estimates it will take 30 minutes.

This the 3rd day of February, 2022.

/s/Helen L. Parsonage
Helen L. Parsonage (35492)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC   27101
(336) 724-2828
hparsonage@emplawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel for government.

/s/Helen L. Parsonage
Helen L. Parsonage (35492)
Elliot Morgan Parsonage, PLLC
426 Old Salem Road
Winston-Salem, NC   27101
(336) 724-2828
hparsonage@emplawfirm.com