# EXHIBIT C



# COMMONWEALTH of VIRGINIA

**Department of Corrections**
Powhatan Correctional Center
State Farm, Virginia 23160

TELEPHONE
AREA CODE 804
598-4251

March 23, 2006

Ms. Saundra McEachern
51 Dehaven Drive
Richmond, VA 23238

Dear Ms. McEachern:

Congratulations! You have been selected for the position of Corrections Officer at Powhatan Correctional Center, effective April 3, 2006. **This is a conditional offer of employment pending completion of your drug screen, background investigation, and physical.**

The United States Department of Justice, Immigration and Naturalization Services requires all employees to provide proof of citizenship or eligibility within 72 hours of employment, in order to be employed in the United States. If you have not yet provided a copy of your driver's license and either your social security card or birth certificate, you will need to bring these documents with you on your first day of employment.

Your semi-monthly salary will be $1,010.75 ( $24,258.00 annually) and you will receive a 10% increase at the end of your probation. As a new or rehired employee, you are required to complete a twelve (12) month probationary period, which is the last phase of the employment selection process. You must maintain satisfactory performance during your probationary period in order to continue your employment. If at any time during the probationary period it is determined that you are not suited for the job, you can be terminated or allowed to resign. You will not be eligible for transfer to another facility within the Department of Corrections for a period of eighteen (18) months.

Please report to the Human Resources Department on Monday, April 3, 2006 at 8:00 a.m. for employee orientation. You may dress casually; however, **shorts and blue denim material clothing (top or bottom) or any type of clothing with logos** are not permitted. Please call me at 804-598-4251, extension 4062 if you have any questions concerning the dress code for Powhatan Correctional Center. You will need to bring your dependent(s) birth date(s) and social security number(s) for your health insurance, retirement, and group life insurance benefits. Also, if you have a checking or savings account, please bring a voided check to process your direct deposit.

We provide a free meal daily or you may bring your lunch, as we provide microwave ovens and refrigerators for your convenience. You may also purchase sandwiches, snacks and drinks from the vending machines.

I look forward to working with you in the near future; please call 804-598-4251, extension 4062 if you have any questions.

Sincerely,

*Sharon W. Lewis*

Sharon W. Lewis
Personnel Assistant/Recruiter