# EXHIBIT E



**Virginia Retirement System**

P.O. Box 2500, Richmond, Virginia 23218-2500
Toll-free 1-888-VARETIR (827-3847)
www.varetire.org

September 28, 2021

SAUNDRA MCEACHERN
2372 Woodhurst Rd
Henrico, 23238-3171

Retirement Date: March 1, 2020

Dear SAUNDRA MCEACHERN:

As you requested, below is a summary statement of your estimated lifetime monthly benefit as of September 28, 2021 that you receive from the Virginia Retirement System (VRS) defined benefit plan:

| | |
|---|---|
| Gross Monthly Benefit Payment | $456.51 |
| FICA | $0.53 |
| Net Monthly Benefit Payment | $455.98 |

If you have any questions, please call VRS toll-free at 1-888-VARETIR (827-3847).

Sincerely,
Virginia Retirement System