# EXHIBIT F

   

 My Pay  3

**LIFESPIRE - BI-WEEKLY PAYROLL REGULAR 12/17/2021** ✕

Pay Statement Preview

ⓘ This pay statement has been finalized.

---

#403152 - Saundra C. McEachern    Voucher #(47056)    Pay Date: 12/17/2021
LifeSpire/40/58/HC/CNA                                 Pay Period: 11/28/2021-12/11/2021

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Bonus | | | 500.00 | 3,205.00 |
| CNAHol1 | | | | 39.69 |
| CNAHol3 | | | | 355.20 |
| CNAReg1 | 15.12 | 2.25 | 34.02 | 3,005.42 |
| CNAReg2 | 16.12 | 25.50 | 411.06 | 1,689.66 |
| CNAReg3 | 16.12 | 45.50 | 733.46 | 15,527.53 |
| CNAWe1 | | | | 931.20 |
| CNAWe2 | 17.12 | 6.75 | 115.56 | 1,622.80 |
| CNAWe3 | | | | 5,269.63 |
| OT Prem | 9.91 | | 168.48 | 2,495.64 |
| OT Prem | 10.41 | | 291.51 | |
| Overtime | 15.12 | 1.50 | 22.68 | 4,707.33 |
| Overtime | 16.12 | 15.75 | 253.89 | |
| Overtime | 17.12 | 27.75 | 475.08 | |
| PTO | | | | 2,249.10 |
| **Gross Pay** | | | **3,005.74** | **41,098.20** |
| Hours Worked | | 125.00 | | |
| Hours Paid | | 125.00 | | |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| 125Dental | 13.86 | 355.14 | [1] |
| 125Medical | 44.72 | 1,051.32 | [1] |
| 403bContr | 105.20 | 1,438.46 | [2] |
| HSAContr | 20.00 | 480.00 | |
| OpLifeIns | 1.85 | 44.40 | |
| Reimbursement (Negative Ded) | | -693.48 | |
| **Total** | **185.63** | **2,675.84** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 2,821.96 | 37,773.28 | 242.37 | 2,141.70 |
| SocSec | 2,927.16 | 39,211.74 | 181.49 | 2,431.13 |
| MCR | 2,927.16 | 39,211.74 | 42.44 | 568.57 |
| SIT:VA | 2,821.96 | 37,773.28 | 136.24 | 1,523.11 |
| **Total** | | | **602.54** | **6,664.51** |

**Net Pay**

| | | Current | YTD |
|---|---|---|---|
| | | 2,217.57 | 31,757.85 |
| Navy Federal (4081) | | 0.00 | 3,400.00 |
| Checking (4536) | | 0.00 | 16,791.62 |
| Navy Federal Credit Union | | 2,217.57 | 11,566.23 |

**Company Paid Benefits** [3]

| | Current | YTD | |
|---|---|---|---|
| 125Medical | 263.08 | 6,184.14 | [1] |
| 403bContr | 105.20 | 1,337.23 | [2] |
| Er Basic Life PreTax | 2.14 | 51.12 | [1] |
| Er HSA Match | 20.00 | 480.00 | |
| SocSec | 181.49 | 2,431.13 | |
| MCR | 42.44 | 568.57 | |
| SUTA:VA | | | |
| **Total** | **614.35** | **11,052.19** | |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal Withholding Taxable Wage
[3] For information purposes only. No effect on your net pay.

LifeSpire of Virginia 3961 Stillman Parkway, Glen Allen, VA 23060     1 of 1

---

LifeSpire of Virginia
3961 Stillman Parkway
Glen Allen, VA 23060

| Pay Date: | 12/17/2021 |
|---|---|
| Voucher #: | (47056) |

**Deposited To The Account(s) Of**   Deposit #  Account Type  Account #    Transit ABA   Deposit
Saundra C. McEachern                      1       Checking      XXXXXX4081   256074974     2,217.57

LifeSpire/40/58/HC/CNA   403152   12/17/2021   (47056)

**Saundra C. McEachern**
2372 Woodhurst Road
Henrico, VA 23238

**Non-Negotiable - This Is Not A Check**

1
**LifeSpire of Virginia**
3961 Stillman Parkway
Glen Allen, VA 23060

---

CLOSE    DOWNLOAD PDF




**LIFESPIRE - BI-WEEKLY PAYROLL REGULAR 12/31/2021**

Pay Statement Preview   ✕

ⓘ  This pay statement has been finalized.

---

#403152 - Saundra C. McEachern        Voucher #(48065)         Pay Date: 12/31/2021
LifeSpire/40/58/HC/CNA                                          Pay Period: 12/12/2021-12/25/2021

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Bonus | | | 125.00 | 3,330.00 |
| CNAHol1 | | | | 39.69 |
| CNAHol3 | | | | 355.20 |
| CNAHolW | 27.25 | 0.50 | 13.63 | 13.63 |
| CNAHolW | 28.25 | 6.50 | 183.63 | 183.63 |
| CNAHolW | 28.25 | 7.50 | 211.88 | 211.88 |
| CNAReg1 | 17.50 | 3.00 | 52.51 | 3,057.93 |
| CNAReg2 | 18.50 | 0.25 | 4.63 | 1,694.29 |
| CNAReg3 | 18.50 | 37.50 | 693.75 | 16,221.28 |
| CNAWe1 | 18.50 | 0.75 | 13.88 | 945.08 |
| CNAWe2 | 19.50 | 5.75 | 112.13 | 1,734.93 |
| CNAWe3 | 19.50 | 9.00 | 175.50 | 5,445.13 |
| OT Prem | 9.89 | | 74.17 | 2,569.81 |
| Overtime | 18.50 | 1.00 | 18.50 | 4,852.58 |
| Overtime | 19.50 | 6.50 | 126.75 | |
| PTO | | | | 2,249.10 |
| **Gross Pay** | | | **1,805.96** | **42,904.16** |
| Hours Worked | | 78.25 | | |
| Hours Paid | | 78.25 | | |

**Deductions**

| | Current | YTD |
|---|---|---|
| 125Dental | | 355.14 [1] |
| 125Medical | | 1,051.32 [1] |
| 403bContr | 63.21 | 1,501.67 [2] |
| HSAContr | | 480.00 |
| OpLifeIns | | 44.40 |
| Reimbursement (Negative Ded) | | -693.48 |
| **Total** | **63.21** | **2,739.05** |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,742.75 | 39,516.03 | 111.44 | 2,253.14 |
| SocSec | 1,805.96 | 41,017.70 | 111.97 | 2,543.10 |
| MCR | 1,805.96 | 41,017.70 | 26.19 | 594.76 |
| SIT:VA | 1,742.75 | 39,516.03 | 74.18 | 1,597.29 |
| **Total** | | | **323.78** | **6,988.29** |

**Net Pay**

| | | Current | YTD |
|---|---|---|---|
| | | 1,418.97 | 33,176.82 |
| Navy Federal (4081) | | 0.00 | 3,400.00 |
| Checking (4536) | | 0.00 | 16,791.62 |
| Navy Federal Credit Union | | 1,418.97 | 12,985.20 |

**Company Paid Benefits** [3]

| | Current | YTD |
|---|---|---|
| 125Medical | | 6,184.14 [1] |
| 403bContr | 63.21 | 1,400.44 [2] |
| Er Basic Life PreTax | | 51.12 [1] |
| Er HSA Match | | 480.00 |
| SocSec | 111.97 | 2,543.10 |
| MCR | 26.19 | 594.76 |
| SUTA:VA | | |
| **Total** | **201.37** | **11,253.56** |

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] Reduces your Federal Withholding Taxable Wage
[3] For information purposes only. No effect on your net pay.

LifeSpire of Virginia 3961 Stillman Parkway, Glen Allen, VA 23060        1 of 1

---

**LifeSpire of Virginia**
3961 Stillman Parkway
Glen Allen, VA 23060

| Pay Date: | 12/31/2021 |
|---|---|
| Voucher #: | (48065) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Saundra C. McEachern | 1 | Checking | XXXXXX4081 | 256074974 | 1,418.97 |

LifeSpire/40/58/HC/CNA   403152   12/31/2021   (48065)

**Saundra C. McEachern**
2372 Woodhurst Road
Henrico, VA 23238

**Non-Negotiable - This Is Not A Check**

1
**LifeSpire of Virginia**
3961 Stillman Parkway
Glen Allen, VA 23060

---

CLOSE      DOWNLOAD PDF