IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21CR418-1 |
| | ) | |
| RASHAWN ERIC MCEACHERN | ) | |

**ORDER ON MOTION TO CONTINUE TRIAL**

This matter coming before the court on Defendant's Motion to Continue Trial, and for good cause shown, it is hereby **ORDERED** that Defendant's trial is continued to the April term. Further, that the time from March 14, until April 11, 2022, is excluded from Speedy Trial calculations, as the interests of justice served by giving defendant and his attorney time to confer outweigh interests in a speedy trial.

This the 23rd day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE