IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR418-1 |
| | : | |
| RASHAWN ERIC MCEACHERN | : | |

<u>ORDER EXTENDING GOVERNMENT'S RESPONSE DEADLINE</u>

This matter is before the Court pursuant to the unopposed motion filed by the United States to extend the filing date for its response to defendant's motion to suppress in this matter. For good cause shown,

IT IS THEREFORE ORDERED that the filing date for the government's response is extended to _____, 2022.

IT IS SO ORDERED, this the \_\_\_ day of _____, 2022.

_____

William L. Osteen, Jr.
United States District Judge