IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


UNITED STATES OF AMERICA          )
                                  )
      v.                          )          1:21CR418-1
                                  )
RASHAWN ERIC MCEACHERN            )


## ORDER

This matter comes before the court upon the Government's Motion to Extend Filing Date for Response to Defendant's Motion to Suppress. (Doc. 23.) The Government moves the court to extend the filing date for the response to Defendant's motion, (Doc. 22), for an additional eleven days. Having considered the Government's request, with no objections by Defendant, and for good cause shown,

**IT IS THEREFORE ORDERED** that the Government's motion for extension, (Doc. 23), is **GRANTED** and that the Government is allowed additional time, up to and including April 8, 2022, to file its response to Defendant's motion to suppress.

This the 28th day of March, 2022.

_William L. Osteen, Jr._
United States District Judge