# Exhibit B

**Criminal Specialist Rodney V. White**
**North Carolina State Bureau of Investigation**
**Computer Crimes Unit**
**501 Industrial Ave**
**Greensboro, North Carolina 27406**
**336-256-1345**

_____

**Employment:**

| | |
|---|---|
| **Special Agent IV/Criminal Specialist** | **Years Employed (2009-Present)** |

North Carolina State Bureau of Investigation
Computer Crimes Unit

- Conduct computer crime investigations, specifically internet crimes against children, to include child sexual exploitation, online solicitation and the manufacture, possession and distribution of child pornography.

- Assist agencies from outside jurisdictions in the furtherance of online investigations.

- Conduct forensic preview examinations of digital evidence and provide technical support to local law enforcement agencies.

- Conduct forensic examinations of digital evidence in preparation for State and Federal Prosecution.

- Testify as expert witness in digital forensics in State and Federal Court

| | |
|---|---|
| **Special Agent III** | **Years Employed (2003-2009)** |

North Carolina State Bureau of Investigation
Northern Piedmont District

- Conducted investigations and assist local law enforcement agencies in the investigation of homicides, financial crimes, drug trafficking and public corruption while assigned as the Criminal/Drug Agent to Rockingham and Caswell Counties.

- Conducted investigations involving state and federal drug violations while assigned as the Drug Agent to Guilford County.

| | |
|---|---|
| **Private Protective Services** | **Years Employed (1999-2003)** |

North Carolina Department of Justice
Field Services Supervisor

| | |
|---|---|
| **US Army, SGT-E5** | **Years Employed (1990-1998)** |

Military Intelligence, Intelligence Analyst 96B

**Education:**

    Bachelor of Science in Criminal Justice
    Fayetteville State University

    Master of Justice Administration
    Methodist University

**Notable Awards or Honors:**

- Advanced Law Enforcement Certificate, NC Sheriff's Education and Training Standards November 2014
- June 2021 NCSBI Meritorious Service Award for work on Child Exploitation case involving the sexual exploitation of minor children at a Greensboro Day Care

**Certifications:**

- Seized Computer Recovery Specialist (SCERS), Federal Law Enforcement Training Center September 2013
- Cellebrite Certified Physical Analyst (CCPA), Cellebrite Corporation October 2014
- Cellebrite Certified Logical Operator (CCLO), Cellebrite Corporation October 2014
- Certified Mobilyze Operator, BlackBag Technologies, Inc February 12, 2016
- Certified BlackLight Examiner, BlackBag Technologies, Inc. May 10, 2016

**Training Received in the Field of Investigations:**

- 8/4/2003 - 11/26/2003   32nd SBI Special Agent BLET (622 Hours)
- 12/01/2003 - 3/9/2004   32nd SBI Special Agent Academy (625 Hours)
- 8/30/2004 – 9/03/2004   Homicide Investigations (40 Hours)
- 4/18/2005 – 4/22/2005   Practical Drug Investigations (40 Hours)
- 6/28/2005 - 6/29/2005   Drug Conspiracy and Financial Investigations (16 Hours)
- 8/30/2005 - 8/31/2005   Asset Forfeiture and Financial Investigations (12 Hours)
- 10/20/2005 - 10/20/2005 Killology-Psychology of Conflict (6 Hours)
- 1/09/2006 - 1/13/2006   Financial Crimes and Records Sources (40 Hours)
- 4/17/2006 – 4/21/2006   Basic Child Sexual Abuse Investigations (40 Hours)
- 9/11/2006 - 9/22/2006   DEA Basic Narcotic Investigator School (80 Hours)
- 6/18/2007 - 6/19/2007   State and Local Anti-Terrorism Training (16 Hours)
- 8/20/2007 - 8/22/2007   Marijuana Eradication/In-Door Grow Operations (20 Hours)
- 8/12/2008 – 8/14/2008   DEA Historical Conspiracy Class (24 Hours)
- 10/13/2008 – 10/17/2008 Executive Protection Basic School (42 Hours)
- 3/10/2009 – 3/10/2009   Parcel Interdiction/Detection Canine Use and Theory (8 Hours)
- 9/15/2009 – 9/16/2009   HIDTA Drug Investigator Class (16 Hours)

**Training Received in the Field of Computer Crimes/Forensic Training:**

- 10/26/2009 -10/30/2009   Operation Fairplay Undercover P2P Course (32 Hours)
  North Carolina State Bureau of Investigation (NCSBI)
- 12/1/2009 - 12/4/2009   Basic Investigative Techniques/Undercover (32 Hours)
  North Carolina State Bureau of Investigation (NCSBI)
- 2/16/2010 - 2/19/2010   Basic Data Recovery and Acquisition (BDRA) (32 Hours)
  Nation White Collar Crime Center (NW3C)
- 4/19/2010 - 4/23/2010   Basic Investigation of Computers & Electronic Crimes Program (36 Hours) National Computer Forensic Institute (NCFI)
- 4/26/2010 - 4/30/2010   EnCase I Forensic Training (32 Hours)
  Guidance Software
- 6/15/2010 - 6/16/2010   P2P Undercover Update-Operation Fairplay (16 Hours)
  North Carolina State Bureau of Investigation (NCSBI)
- 9/13/2010 - 9/17/2010   Intermediate Data Recovery and Analysis (IDRA) (36 Hours)
  Nation White Collar Crime Center (NW3C)
- 3/14/2011 - 3/18/2011   Exploitation & Tracking of Wi-Fi Devices Training (40 Hours)
  SRT Wireless, Inc.
- 3/29/2011 - 3/30/2011   GigaTribe/GigaWatch Training (16 Hours)
  Federal Bureau of Investigation (FBI)
- 7/26/2011 - 7/29/2011   EnCase II Computer Forensic Training (32 Hours)
  Guidance Software
- 6/19/2012 - 6/22/2012   EnCase V7 Advanced Computer Forensics Training (32 Hours)
  Guidance Software
- 9/11/2012 - 9/12/2012   Mac Marshal/P2P Marshal Digital Forensic Training (16 Hours)
  Architecture Technology Corporation (ATC-NY)
- 2/19/2013 - 2/22/2013   EnCase Advanced Internet Examinations Training (32 Hours)
  Guidance Software
- 4/2/2013 - 4/5/2013   EnCase Macintosh/Linux Examinations Training (32 Hours)
  Guidance Software
- 9/9/2013 - 9/13/2013   Introduction to Digital Evidence Analysis (IDEA) (40 Hours)
  Federal Law Enforcement Training Center (FLETC)
- 9/16/2013 - 9/27/2013   Seized Computer Recovery Specialist (SCERS) (80 Hours)
  Federal Law Enforcement Training Center (FLETC)
- 12/3/2013 - 12/5/2013   ICAC Unit Supervisor Training Program (36 Hours)
  National Criminal Justice Training Center
- 1/30/2014 - 1/31/2014   ARES P2P Network Investigations Training (15 Hours)
  National Criminal Justice Training Center
- 5/15/2014 - 5/16/2014   Bit Torrent P2P Network Investigations Training (15 Hours)
  National Criminal Justice Training Center
- 10/20/2014 - 10/21/2014   Cellebrite Certified Logical Operator Course (16 Hours)
  Cellebrite Corporation
- 10/22/2014 - 10/24/2014   Cellebrite Certified Physical Analyst Course (24 hours)
  Cellebrite Corporation
- 2/2/2015 - 2/13/2015   Macintosh Forensic Training Program (76 Hours)
  Federal Law Enforcement Training Center (FLETC)
- 6/9/2015 - 6/11/2015   Interview and Interrogation in Child Exploitation Cases (24 Hours)
  National Criminal Justice Training Center

- 8/17/2015 - 8/25/2015     Computer Network Investigations Training (72 Hours) Federal Law Enforcement Training Center (FLETC)
- 9/15/2015 - 9/17/2015     Internet Evidence Finder (IEF) Training (24 Hours) Magnet Forensics
- 2/12/2016     BlackBag Certified Mobilyze Operator (2 Hours)
- 5/09/2016 - 5/10/2016     BlackBag Certified BlackLight Examiner (16 Hours)
- 2/27/2017 – 3/1/2017     Freenet P2P Network Investigations (24 Hours)
- 1/10/2018 – 1/12/2018     Analysis of Child Exploitation using Project VIC and Griffeye Analyze DI
- 3/29/2019 – 4/03/2019     Magnet AXIOM Examinations (AX200)

- Over 900 hours of Computer/Forensic training
- Conducted 1,111 computer forensic exams as of March 1, 2022
- Conducted over 500 cell phone exams/extractions as of March 1, 2022