# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

USA

              Plaintiff

v.

Rashawn Eric McEachern

              Defendant

**EXHIBIT AND WITNESS LIST**

1:21CR418-1

| Presiding Judge | | | Plaintiff's Attorney | | Defendant's Attorney | |
|---|---|---|---|---|---|---|
| **William L. Osteen, Jr.** | | | Kennedy Gates | | Helen Parsonage | |
| | | | | | | |
| **Date of Hearing** | | | **Court Reporter** | | **Courtroom Deputy** | |
| 4/12/2022 | | | Joseph Armstrong | | Joy Daniel | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 04/12/22 | | | Brian Levine, Professor; University of Massachusettes |
| 2 | | | 4/12/2022 | 4/12/2022 | Brian Levine Curriculum Vitae |
| 3 | | | 4/12/2022 | 4/12/2022 | Brian Levine 2017 Published Peer Reviewed Paper |
| 4 | | | 4/12/2022 | 4/12/2022 | Brian Levine 2020 Published Peer Reviewed Paper |
| 5 | | | 4/12/2022 | 4/12/2022 | Figure used in search warrants related to Freenet |
| 6 | | | 4/12/2022 | 4/12/2022 | Java Source Code |
| X | | 04/12/22 | | | Rodney White, former Special Agent w/SBI |
| 1 | | | 4/12/2022 | 4/12/2022 | Search Warrant Alamance Co., 3051 Bluebird Lane |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case Name:                    v.                    Case No.: 1:

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case 1:21-cr-00418-WO   Document 27   Filed 04/12/22   Page 2 of 6

Case Name:        v.        Case No.: 1:

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case 1:21-cr-00418-WO   Document 27   Filed 04/12/22   Page 3 of 6

Case Name:      v.      Case No.: 1:

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case 1:21-cr-00418-WO   Document 27   Filed 04/12/22   Page 4 of 6

Case Name:      v.      Case No.: 1:

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |

Case Name:        v.        Case No.: 1:

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case 1:21-cr-00418-WO   Document 27   Filed 04/12/22   Page 6 of 6