IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


UNITED STATES OF AMERICA          :
                                  :
        v.                        :          1:21CR418-1
                                  :
RASHAWN ERIC MCEACHERN            :


## ORDER OF FORFEITURE

WHEREAS, pursuant to the Plea Agreement executed on April 12, 2022, and the plea of guilty entered on April 19, 2022, and further evidence of record as presented by the Government, the court finds that the following property is hereby subject to forfeiture pursuant to Title 18, United States Code, Section 2253, as property used or intended to be used to promote the commission of a violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1), to wit:

    a. G Skill desktop tower;

    b. Samsung SSD 500GB, bearing serial number
       S2HNSAG131667M;

       and

    c. Western Digital 1 terabyte hard drive, bearing
       serial number WCC6Y1PCXNEC.

AND WHEREAS, based on the Plea Agreement, and other evidence of record, there is a nexus between the property to be

forfeited and the offense pled to, and the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

AND WHEREAS, publication is unnecessary because the property to be forfeited is worth less than $1,000; and the Government has identified no persons who reasonably appear to be potential claimants entitled to direct notice;

**IT IS HEREBY ORDERED, ADJUDGED and DECREED:**

1.    That the United States is hereby authorized to seize the above-described personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to Defendant McEachern.

2.    That pursuant to Fed. R. Crim. P. 32.2(b)(6), no further notice of this order is required, and the above-described personal property is forfeited to the United States.

3.    That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

- 2 -

4.    That the Clerk of the Court shall forward two (2)
certified copies of this Order to the United States Attorney's
Office, Middle District of North Carolina, Attention: Assistant
U.S. Attorney Lynne P. Klauer.

This the 21st day of April, 2022.

_____
United States District Judge