UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

     v.                          Case No.: 1:21CR418-1

RASHAWN ERIC MCEACHERN

## NOTICE OF RESCHEDULING

Take notice that a proceeding in this case has been **reset** as Indicated below:

| | |
|---|---|
| **PLACE:** | L. Richardson Preyer Building |
| | 324 W. Market St., Greensboro, N.C. |
| **COURTROOM NO.:** | 1 |
| **DATE AND TIME:** | October 6, 2022 at 9:30 a.m. |
| **PROCEEDING:** | Sentencing |

---

John S. Brubaker, Clerk

By: /s/ Joy Daniel, Deputy Clerk

Date: September 22, 2022

To:  U.S. Attorney
     U.S. Marshal
     Chief, U.S. Probation Officer
     Attorney, Helen Parsonage