IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:21CR418-1 |
| | : | |
| RASHAWN ERIC MCEACHERN | : | |

NOTICE OF APPEARANCE

NOW COMES the United States of America by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and gives Notice of Appearance in the above-captioned case, and states to the Court the following:

Lindsey A. Freeman, is entering as counsel in the case of United States v. Rashawn Eric McEachern, 1:21CR418-1. She is to be served with any electronic or manual filings in this case.

This, the 22nd day of September, 2022.

                              Respectfully submitted,

                              SANDRA J. HAIRSTON
                              United States Attorney

                              /S/ LINDSEY A. FREEMAN
                              Assistant United States Attorney
                              NYSB #5054861
                              United States Attorney's Office
                              Middle District of North Carolina
                              101 S. Edgeworth St., 4th Floor
                              Greensboro, NC 27401
                              Phone:  336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21CR418-1 |
| | : | |
| RASHAWN ERIC MCEACHERN | : | |

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of filing to CM/ECF participants.

/S/ LINDSEY A. FREEMAN
Assistant United States Attorney
NYSB #5054861
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351