UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

    v.                          Case No.: 1:21CR418-1

RASHAWN ERIC MCEACHERN

## NOTICE OF RESCHEDULING

Take notice that a proceeding in this case has been **reset** as Indicated below:

    **PLACE:**    L. Richardson Preyer Building
                          324 W. Market St., Greensboro, N.C.
    **COURTROOM NO.:**    1
    **DATE AND TIME:**    October 13, 2022 at 9:30 a.m.
    **PROCEEDING:**    Sentencing

---

John S. Brubaker, Clerk

By: /s/ Joy Daniel, Deputy Clerk

Date: September 28, 2022

To:  U.S. Attorney
     U.S. Marshal
     Chief, U.S. Probation Officer
     Attorney Helen Parsonage