IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:21CR418-1 |
| | : | |
| RASHAWN ERIC MCEACHERN | : | |



## STIPULATION REGARDING RESTITUTION

NOW COMES the United States of America, by Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, through her assistant, K. P. Kennedy Gates, and the defendant, RASHAWN ERIC MCEACHERN, in his own person and through his attorney, Helen L. Parsonage, and stipulate and agree to the following:

1. The defendant, RASHAWN ERIC MCEACHERN, possessed and received child pornography files from the following series:

    a. At School – Violet

    b. CinderblockBlue – Jane

    c. Jenny – Jenny

    d. Lighthouse1 – Maureen

    e. Marineland1 – Sarah

    f. PD11 – PD11

    g. SpongeB – Andy

h. Sweet White Sugar – Pia

i. Tara – Tara

j. Vicky – Lily

2. Pursuant to Title 18 United States Code Sections 2259 and 3663A, the victims depicted in the files are entitled to restitution. The victims, having provided supporting documentation received by the United States, defense counsel, and the United States Probation Office, are entitled to restitution in the following amounts:

a. $3,000 to victim "Violet," depicted in the At School series;

b. $5,000 to victim "Jane," depicted in the CinderblockBlue series;

c. $5,000 to victim "Jenny," depicted in the Jenny series;

d. $5,000 to victim "Maureen," depicted in the Lighthouse1 series;

e. $5,000 to victim "Sarah," depicted in the Marineland1 series;

f. $3,000 to victim "PD11," depicted in the PD11 series;

g. $3,000 to victim "Andy," depicted in the SpongeB series;

h. $5,000 to victim "Pia," depicted in the Sweet White Sugar series;

i. $5,000 to victim "Tara," depicted in the Tara series;

j. $3,000 to victim "Lily," depicted in the Vicky series;

Total restitution being $42,000.

3. Counsel representing each victim and/or victim has been contacted and, given that litigation on the issue will be avoided, does not object to the agreed upon restitution amount.

4. Pursuant to the plea agreement in this matter, restitution shall be due immediately upon judgment and subject to immediate enforcement by the United States. If the Court imposes a schedule of payments, the schedule of payments shall be merely a schedule of minimum payments and shall not be a limitation on the methods available to the United States to enforce the judgment.

This the 13th day of October, 2022.

SANDRA J. HAIRSTON
United States Attorney

K.P. KENNEDY GATES
NCSB #41259
Assistant United States Attorney
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
336/333-5351

HELEN L. PARSONAGE
Attorney for Defendant

RASHAWN ERIC MCEACHERN
Defendant

3

# Restitution Payments for PD11 in RASHAWN ERIC MCEACHERN – 1:21CR418-1

| PAYMENTS MADE TO |
|---|
| "Jones Day on behalf of PD11 Victim" Jones Day c/o Allison L. McQueen and Andrew E. Lelling 110 North Wacker Drive, Suite 4800 Chicago, IL 60606 |

